[No. 5545–7–II.  Division Two.  July 27, 1982.]

ROBERT F. BREZEE, *Individually and as Personal Representative, Appellant,* v. THE STATE OF WASHINGTON, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for Cowlitz County, No. 44617, John N. Skimas, J., entered July 25, 1980. *Remanded* by unpublished opinion per Reed, C.J., concurred in by Petrich and Worswick, JJ.

[No. 5114–1–II.  Division Two.  July 27, 1982.]

THE CITY OF TACOMA, *Appellant,* v. MANN–RUSSELL ELECTRONICS, INC., *Respondent.*

Appeal from a judgment of the Superior Court for Pierce County, No. 289239, Donald H. Thompson, J., entered October 22, 1980. *Affirmed* by unpublished opinion per Petrich, J., concurred in by Reed, C.J., and Worswick, J.

[No. 5045–5–II.  Division Two.  July 30, 1982.]

MARGARET GASKILL SANDELIN, *Appellant,* v. THE CITY OF MERCER ISLAND, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for King County, No. 788778, James J. Dore, J., entered July 29, 1980. *Affirmed* by unpublished opinion per Petrie, J., concurred in by Reed, C.J., and Worswick, J.